UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MARK J. BRADY,**

    Plaintiff,

    v.                                                  **Case No. 20-CV-918**

**JASON KOCINA, et al.,**

    Defendants.

## NOTICE AND ORDER

Plaintiff Mark Brady, who is representing himself, filed a complaint under 42 U.S.C. § 1983. On August 12, 2020, defendants Jason Kocina, Nickolaus Werner, and Dan Huneke[1] filed a motion to dismiss. (ECF No. 10.) Under Civil L. R. 7(b), Brady's response is due within twenty-one days of service of the motion, or by **Wednesday, September 2, 2020**. The court reminds Brady that under Civil L. R. 7(d), a party's failure to respond to a motion is sufficient cause for the court to grant the motion. If Brady believes he needs additional time to prepare his response, he must file a motion asking the court to extend the deadline *before* his response is due. If he files such a

---

[1] The Wisconsin Department of Justice accepted service on behalf of Jason Kocina, Nickolaus Werner, and Daniel Huneke. (ECF No. 10.) The Assistant Attorney General assigned to the case notified the court that the Department of Corrections did not employ anyone named Susan Williams (the fourth defendant Brady sues) at Redgranite Correctional Institution at the relevant time, so the DOJ declined to accept service on her behalf. The court notes that the arguments in the motion to dismiss apply equally to Williams even though the DOJ is not representing her and did not file the motion on her behalf. Thus, if the court grants the motion, the court will dismiss Brady's claims against all the defendants.

motion, he must explain why he needs additional time and how much additional time he needs.

**IT IS THEREFORE ORDERED** that, if by **September 2, 2020**, Brady does not respond to the motion to dismiss or does not request additional time to do so, the court will grant the motion and dismiss this case.

Dated at Milwaukee, Wisconsin this 18th day of August, 2020.

STEPHEN C. DRIES
U.S. Magistrate Judge

2

Case 2:20-cv-00918-SCD   Filed 08/18/20   Page 2 of 2   Document 13